694

## Vern U. AYRES, Appellant, v. UNITED STATES of America, Appellee.

No. 10853.

Circuit Court of Appeals, Ninth Circuit.

Nov. 10, 1944.

Morris Lavine, of Los Angeles, Cal., for appellant.

Charles H. Carr, U. S. Atty., and Ray H. Kinnison, Asst. U. S. Atty., both of Los Angeles, Cal., for appellee.

Before WILBUR, GARRECHT, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon consideration of the stipulation of counsel for respective parties for dismissal of appeal herein and good cause therefor appearing, it is ordered that the appeal herein be dismissed, that a judgment be filed and entered accordingly and that the mandate of this court in this cause issue forthwith.

## Thomas M. BUGG, Sr., Appellant, v. UNITED STATES of America.

No. 12925.

Circuit Court of Appeals, Eighth Circuit.

Nov. 13, 1944.

Harry C. Blanton, U. S. Atty., of Sikeston, Mo., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed without costs to either party in this Court, on motion of appellee.

## FLORENCE POTTERY COMPANY, a corporation, Appellant, v. RUMRILL POTTERY COMPANY, E. Frances Rumrill, Administratrix of the Estate of George D. Rumrill, Deceased, and Alfred Leymer.

No. 12919.

Circuit Court of Appeals, Eighth Circuit.

Nov. 17, 1944.

J. W. House, of Little Rock, Ark., for appellant.

Raymond Jones, of Little Rock, Ark., for appellee Alfred Leymer.

PER CURIAM.

Appeal from District Court dismissed with costs, on motion of appellee Alfred Leymer.

## The MAHONING COAL RAILROAD COMPANY, Appellee, v. Joseph T. HIGGINS, Collector of Internal Revenue for the Third District of New York, Appellant.

No. 52.

Circuit Court of Appeals, Second Circuit.

Nov. 1, 1944.

John B. Creegan and James B. M. McNally, U. S. Atty., both of New York City, for appellant.

Paul Folger, of Rochester, N. Y., and Frederick L. Wheeler, of New York City (Crosby J. Beakes and Leo Manville, both of New York City, of counsel), for appellee.

Before L. HAND, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Judgment affirmed on opinion below, 57 F.Supp. 717.